Volume VI

1

```
 1                UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF MISSOURI
 2                      EASTERN DIVISION

 3

 4   KENNETH S. ROTSKOFF, ET   )
     AL.,                      )
 5                             )
          Plaintiffs,          )
 6                             )
          v.                   )No. 4:02-CV-00733 HEA
 7                             )
     WESTER S. COOLEY, ET AL., )
 8                             )
          Defendants.          )
 9

10                       JURY TRIAL

11                       VOLUME VI

12        BEFORE THE HONORABLE HENRY E. AUTREY
             UNITED STATES DISTRICT JUDGE
13

14                   JANUARY 31, 2005

15

16   APPEARANCES:

17   For Plaintiffs:     Francis E. Pennington, III, Esq.
                         PENNINGTON LAW OFFICES
18                       7733 Forsyth Boulevard, Suite 1080
                         St. Louis, MO  63105
19
     For Deft. Cooley:   Richard J. Keyes, Esq
20                       11648 Gravois Road, Suite 130
                         Sunset Hills, MO  63126
21                       (APPEARANCES CONTINUED ON PAGE 2)

22   REPORTED BY:        ANGELA K. DALEY, CSR, RMR, FCRR, CRR
                         Official Court Reporter
23                       United States District Court
                         111 South Tenth Street, Third Floor
24                       St. Louis, MO  63102
                         (314) 244-7978
25        PRODUCED BY COURT REPORTER COMPUTERAIDED TRANSCRIPTION
```

**Beeler Discovery 1-17-08**

000776

EXHIBIT 2
PAGE 1 of 28

Volume VI

7

1          MR. PENNINGTON:  Yes.

2          MR. SABAHAT:  No objection.

3          MR. KEYES:  No objection.

4          THE COURT:  Admitted.

5          MR. PENNINGTON:  Plaintiff's Exhibit 55Y, which is a

6    letter dated January 31, 2002, signed by Kenneth and Judy

7    Rotskoff, addressed to the Trust Company of America relating

8    to the, quote, Sub Docs for Bidbay Europe, end quote.

9          MR. SABAHAT:  No objection.

10          MR. KEYES:  No objection.

11          THE COURT:  Admitted.

12          MR. PENNINGTON:  And Plaintiff's Exhibit 65 is

13    actually the same as the third page of Plaintiff's Exhibit 50,

14    but I will separately move its admission.  It is a letter

15    dated January 25 addressed to Mr. Lyon at the SEC signed by

16    Mr. Henrie but not signed by Mr. Tannous

17          MR. SABAHAT:  No objections, Your Honor.

18          MR. KEYES:  No objection.

19          THE COURT:  Admitted.

20          MR. PENNINGTON:  And that is all the exhibits we are

21    offering at this time.

22          THE COURT:  Very well.

23          MR. PENNINGTON:  Your Honor, plaintiffs would like to

24    proceed by reading excerpts from the depsition of Wester

25    Cooley if I may.  The deposition of Wester Cooley was taken in

**Beeler Discovery 1-17-08**

8

```
 1    Rancho Mirage, California on June 23, 2004, and we would like

 2    you to hear the salient parts of that tetimony, and I am just

 3    going to read these into the record

 4        (READING OF THE DEPOSITION OF WESTER OOLEY AS FOLLOWS:)

 5            "QUESTION:  Let the record reflect this is the

 6    deposition of Wes Cooley taken pursuant to notice.  All

 7    parties are represented in this deposition.  Mr. Cooley, my

 8    name is Bud Pennington.  I am an attorney from St. Louis,

 9    Missouri, and I am here to ask you some questions about

10    anything you know concerning circumstanes of the investment

11    of Dr. Rotskoff and others in various entities including

12    Bidbay.com, BidbayEurope.com, George Tanous and Affiliates,

13    and AskGt.com.  Do you understand, sir, that you are here

14    today to answer questions that I put to you concerning your

15    knowledge of these facts?"

16            "ANSWER:  I don't, I don't, I don't understand why I

17    am here."

18            "QUESTION:  You do not?"

19            "ANSWER:  No."

20            "QUESTION:  But you understand that you are here, do

21    you not?"

22            "ANSWER:  Yeah, yeah, I'm here".

23            "QUESTION:  And you understand --"

24            "ANSWER:  I don't know what this place is, but I'm

25    here."
```

**Beeler Discovery 1-17-08**                                      000783

EXHIBIT 2
PAGE 3 of 28

Volume VI

9

1        "QUESTION:  Do you understand that I am a lawyer and

2   I'm here to ask you some questions today correct?"

3        "ANSWER:  Okay".

4        "QUESTION:  Mr. Cooley, can you give me your home

5   address?"

6        "ANSWER:  No."

7        "QUESTION:  You cannot?"

8        "ANSWER:  No."

9        "QUESTION:  Mr. Cooley, is your wife present today?"

10       "ANSWER:  Yeah."

11       "What is her name?"

12       "Rosemary".

13       "QUESTION:  And is an attorney present with you today

14   to represent you?"

15       "ANSWER:  Yeah".

16       "QUESTION:  And would you tell me her name?"

17       "ANSWER:  Kylene."

18       "QUESTION:  Do you know Kylene's last name?"

19       "ANSWER:  No".

20       "Do you know where Kylene is from?"

21       "ANSWER:  No."

22       "Do you know her to be from Las Vegas, Nevada?"

23       "ANSWER:  No".

24       "QUESTION:  Have you met Kylene before today?"

25       "ANSWER:  I don't know".

**Beeler Discovery 1-17-08**

000784

EXHIBIT 2
PAGE 4 of 28

Volume VI

10

1      "Mr. Cooley, where do you live, sir?  Where do you

2  live, sir?"

3          "ANSWER:  I don't know".

4          "Do you live in California?"

5          "I don't know".

6          "Have you ever lived in California?"

7          "I don't know."

8          "QUESTION:  Does your wife live with you in your

9  house?"

10         "ANSWER:  Yes."

11         "Does anybody else live with you and your wife?"

12         "ANSWER:  I don't know.  I don't think so.  I don't

13  know."

14         "Do you live in Palm Springs, California?"

15         "ANSWER:  I don't know".

16         "Mr. Cooley, do you know who the president of the

17  United States is?"

18         "ANSWER:  Yeah."

19         "QUESTION:  Who is the president of the United

20  States?"

21         "ANSWER:  I watch television."

22         "QUESTION:  And did you see the president on

23  television?"

24         "ANSWER:  Yeah."

25         "QUESTION:  What is his name, sir?"

**Beeler Discovery 1-17-08**

000785

EXHIBIT 2
PAGE 5 of 28

Volume VI

11

1       "Umm, umm".

2       "QUESTION:  Is it Ronald Reagan?  Is Ronald Reagan

3  the President of the United States?"

4       "ANSWER:  I don't know who he is.  I don't know that.

5  I don't know that name.  I don't know that."

6       "QUESTION:  Is Al Gore the President of the United

7  States?"

8       "ANSWER:  I don't know that name."

9       "Is George Bush the President of the United States?"

10      "ANSWER:  I think so.  I'm not sure."

11      "QUESTION:  Have you ever worked for the United

12  States Government, Mr. Cooley?"

13      "ANSWER:  No."

14      "Have you ever served as a member of Congress?"

15      "ANSWER:  I don't remember that.  I don't know".

16      "Is it possible that once upon a time, you served in

17  Congress in Washington DC?"

18      "ANSWER:  I don't know".

19      "QUESTION:  Do you live in Oregon -- did you live in

20  Oregon at one time?"

21      "ANSWER:  I don't know".

22      "Now so far, Mr. Cooley, I have been asking you some

23  questions.  Have you understood my questions?  Do you

24  understand my questions so far?"

25      "ANSWER:  I don't know.  I don't know what -- I don't

**Beeler Discovery 1-17-08**

000786

EXHIBIT 2
PAGE 6 of 28

Volume VI

12

1  know -- I don't know -- I don't know what you are asking me."

2        "QUESTION:  Would you tell me how old you are, sir?"

3        "ANSWER:  I don't know".

4        "QUESTION:  Mr. Cooley, do you know George Tannous?"

5        "ANSWER:  No".

6        "Do you recognize anyone in this room right now?"

7        "ANSWER:  Yeah."

8        "Who do you recognize in this room?"

9        "ANSWER:  Rosemary, the lady here. (Indicating)"

10       "QUESTION:  Do you recognize Kylene?  You are looking

11  at your attorney, Kylene."

12       "ANSWER:  Yeah".

13       "Do you recognize her?"

14       "Yeah".

15       "QUESTION:  Mr. Cooley, we're back on the record.

16  Mr. Cooley, I want to share with you a tape-recorded

17  conversation, and I would like you to listen for a few minutes

18  while I play this.  Would that be all right?"

19       "ANSWER:  I don't know."

20       "QUESTION:  Let me play a conversation, and then I

21  will ask you a few questions after you have had a chance to

22  listen."

23       The tape is playing.

24       "QUESTION:  Mr. Cooley, I have played a tape-recorded

25  conversation for you to listen to, do you recognize either of

EXHIBIT 2
PAGE 7 of 28

Volume VI

13

1  the voices in that conversation as your voice?"

2  "ANSWER:  No, and I have -- I don't know what they

3  are talking about.  I have no -- I don't know."

4  At this time, Your Honor, plaintiffs would like to

5  call Mr. Cooley live.

6  THE COURT:  Very well.  Mr. Cooley, would you step

7  forward and be sworn in please.

8  **WESTER COOLEY,**

9  **HAVING BEEN FIRST DULY SWORN, WAS EXAMINED AND TESTIFIED AS**

10  **FOLLOWS:**

11  DIRECT EXAMINATION

12  BY MR. PENNINGTON:

13  Q    Mr. Cooley, would you state your full name please?

14  A    Wester Cooley -- Wester S. Cooley.

15  Q    And what is your middle name, sir?

16  A    Umm, umm.

17  Q    Is it Shadrick?

18  A    Yeah, yeah, that's what it is, yeah.

19  Q    Is that what the S stands for, Shadrick?

20  A    Yes.  Wester Shadrick Cooley.

21  Q    And Mr. Cooley, you understand that you are under oath

22  right now?

23  A    Yes.

24  Q    The bailiff administered an oath, and you understood that

25  you were taking an oath to tell the truth here today?

Volume VI

14

1   A    Yes, yes.

2   Q    Where do you live, sir?

3   A    California.

4   Q    And what is your address in Califonia?

5   A    Palm Springs.

6   Q    Do you have a street address?  Would you like to refer to

7   something with your street address?

8   A    Yes, I would.  I have trouble remembering numbers.  Oh,

9   here we are.  Wes and Rosemary Cooley, 993 South Mesa Drive,

10  Palm Springs, California.

11  Q    Thank you, sir.  Do you also have a home in Bend, Oregon?

12  A    Yes, yes, yes.

13  Q    And at one time, did you reside in Oregon?

14  A    Yeah, yeah, I think so, yeah

15  Q    Indeed at one time, did you serve in the United States

16  Congress from a district in the state of Oregon?

17  A    Yes.  I have a small office in my house, and I have

18  things on the wall, and one of them is -- yes.

19  Q    All right.  And did you serve for one two-year term or

20  more than one two-year term in the United States Congress?

21  A    I don't know that.  I don't know that.  I just know that

22  I served.  I don't know how long.

23  Q    Now, sir, do you hear okay?  Do you hear the questions

24  that I am asking you today?

25  A    Yes, most of the time, but I -- I left my hearing aids at

**Beeler Discovery 1-17-08**

000789

EXHIBIT 2
PAGE 9 of 28

Volume VI

15

1    home.   Sometimes I hear most everything

2    Q      All right.

3    A      But some things I don't hear

4    Q      But you've had no difficulty hearing me today, have you?

5    A      Right now?

6    Q      Right now.

7    A      No, no, no, no.  I hear you now.

8    Q      All right.  And how is your vision? Is your vision okay?

9    A      I have prism glasses because I see multiples if I don't

10   wear my glasses.  These glasses that I have on now, I can see

11   fairly well, but if I have to -- you know, I have to put these

12   on, these right here, these real big thick things, if I have

13   to read something, I have to put these on.

14   Q      All right.  And that was my next question, sir.  Are you

15   capable of reading?

16   A      Yeah.  Sometimes I have to read something, you know, in

17   order to -- sometimes I don't understand it, but, you know, I

18   can't help that.

19   Q      Can you write your name?

20   A      Oh, yeah, yeah, yeah.  I've been practicing, yeah.

21   Q      And if you can write your name, can you recognize your

22   signature?

23   A      Somebody asked me that, and I have my signature here in

24   my wallet, and I guess that is my signature.

25   Q      You have your signature in your walet that you recognize

EXHIBIT 2
PAGE 10 of 28

Volume VI

16

1  to be your signature?

2  A    Well, it must be; otherwise, how would it get there.

3  Q    Mr. Cooley, I want to hand you a record, which is

4  Plaintiff's Exhibit 30C, and ask you, sir, if you recognize

5  your signature on that page?

6  A    Yeah, yeah, yeah, I think that is my signature.

7  Q    And do you recognize your wife's signature on that page

8  as well, Rosemary's signature?

9  A    I don't know.

10  Q    Just one moment, sir.

11  A    What is the matter?

12  Q    We are trying to fix the monitor here in front of you,

13  this big monitor.  Now Mr. Cooley, you just testified that you

14  recognized your signature on this page; is that correct?

15  A    Yes.

16  Q    And let me turn the page.  If you would turn the page to

17  the second page of that record I gave you

18  A    Yes.

19  Q    Do you recognize your signature on that page as well?

20  A    They're not the same, are they?

21  Q    What's not the same?

22  A    One here is Wester Cooley, and on this page, it's Wester

23  S. Cooley.

24  Q    Correct.

25  A    They are not the same.

Volume VI

17

1   Q   They are not the same in that respet, that one signature

2   has a middle initial and the other doen't, but do you

3   recognize the signature Wester S. Cooleyas your signature?

4   A   Yes, I guess.  Yes, yes, yes.

5   Q   Now Mr. Cooley, if I could hand you another record, this

6   is Plaintiff's Exhibit 30B, and specifially, I would like to

7   call your attention to the endorsement on the back of the

8   check, which is the first page of 30B, and do you recognize

9   that as your signature, Mr. Cooley, where Wester Shadrick

10  Cooley is written?  Do you recognize that as your signature?

11  A   No, no, no, that is not my signature.

12  Q   All right.

13  A   It is not like the other.  Where is the other page?

14  Q   It is different from the other page I showed you, sir,

15  and I will show that to you again  It is different because

16  your middle name is signed Shadrick.  But other than that

17  difference, do you still recognize it as your signature?

18  A   No, no.  I -- the first name, that's E-I.  I never put

19  E-I and -- that is not my signature.  The -- where is that

20  other thing with my name on it?  If this one's my signature,

21  this one here you can tell is not the same

22  Q   So your testimony, sir, is that the signature on the

23  endorsement side of the check, which is Exhibit 30B, is not

24  your signature?

25  A   I'm confused.  Come and show me what you are talking

**Beeler Discovery 1-17-08**

000792

EXHIBIT 2
PAGE 12 of 28

Volume VI

18

1   about.   What is 30B?   This first one here, whatever one this

2   is with my name signed on it and Rosemay's name on it, that

3   name is different than this name, even here's another name in

4   there, but even the first name is different.

5   Q    Well, if you would look at the exhibit and specifically

6   the check, and you can look on the monitor immediately to your

7   right.

8   A    No, no, I...

9   Q    Can you see the monitor?

10  A    Oh, yeah.   Oh, okay, I see a pencil.

11  Q    Do you see that to be a check drawn on the account of a

12  Rose Laboratories?

13  A    Yeah.

14  Q    Made payable to Wester Shadrick Cooley?

15  A    Yes, yes.

16  Q    And is that your full name, Wester Shadrick Cooley?

17  A    Yes, yes.

18  Q    All right.   Now on that same page, which is the backside

19  of that check, is the signature Wester Shadrick Cooley.   Is

20  that your signature, sir?

21  A    No, no.   I don't recognize that signature.   The middle

22  name, what's that first letter?   That is L?

23  Q    That is an S, and the middle name is Shadrick.

24  A    But that's an S?

25  Q    Yes, sir.

**Beeler Discovery 1-17-08**

000793

EXHIBIT 2
PAGE 13 of 28

Volume VI

19

1   A   Oh, okay.  I don't know, but I dont sign like that.

2   Q   Let me direct your attention to the second page of that

3   same exhibit.  Would you turn the page to the second page of

4   that same exhibit, which is 30B.

5   A   Yes, sir.  Yeah, that's the same problem.

6   Q   The second page of that exhibit is another check drawn on

7   the account of Rose Laboratories --

8   A   Yeah.

9   Q   -- and payable to the order of Wester Shadrick Cooley; is

10  that correct?

11  A   Yes, that is -- yes, yes.

12  Q   And on the endorsement side of that check, there appears

13  to be a signature of Wester Shadrick Cooley.  Do you recognize

14  that as your signature, sir?

15  A   No, no.  The middle name --

16  Q   Yes.

17  A   -- that's L.

18  Q   What about the first name, Wester?

19  A   That's another thing where it says E-I.

20  Q   What about the last name, Cooley?

21  A   I can't tell, but the first two names, as messed up as I

22  am, that is not my signature.

23  Q   So you deny that that is your signature.  Is that my

24  understanding?

25  A   Yes, yes.  First thing is I've never seen this before.

**Beeler Discovery 1-17-08**

000794

EXHIBIT 2
PAGE 14 of 28

Volume VI

20

1    If I have, I don't remember it.

2    Q    Mr. Cooley, I'm displaying on the monitor -- and I will

3    give you a copy.  I have handed to you, Mr. Cooley,

4    Plaintiff's Exhibit 34, and this is a statement of account at

5    Washington Mutual in California and the name on the account,

6    if I could direct your attention to the top left-hand part of

7    the page, is AskGt.com, Inc., Wester Shadrick Cooley,

8    signatory.  Do you see that, sir?

9    A    Yes, yes.

10   Q    And are you familiar with that account?

11   A    No.

12   Q    Do you have any recollection of ever opening an account

13   at Washington Mutual in the name of AskGt.com, Inc., Wester

14   Shadrick Cooley, signatory?

15   A    No.

16   Q    Do you know the name AskGt.com?

17   A    Since I've been here, yes, yes, yes

18   Q    What do you mean since you've been here?

19   A    Well, I've been here for a few days and everybody's been

20   talking about it.

21   Q    Do you have any memory of AskGt.com prior to your coming

22   to this court and to this city last week?

23   A    Truthfully, I was given some papers to read, but that is

24   the only thing I know is what I have read or what has been

25   told to me, but basically -- see, my problem here is that I

**Beeler Discovery 1-17-08**

000795

EXHIBIT 2
PAGE 15 of 28

Volume VI

21

1    don't remember anything, and so you cansay anything and I

2    can't defend myself because I don't knowwhat happened.

3            THE COURT:  Are you going to be all right,

4    Mr. Cooley?

5            THE WITNESS:  Oh, yeah, I'm going to be okay.  You

6    don't know what it's like not being able to remember anything.

7    Asking all kinds of questions and you feel like you need to

8    answer but you can't answer because you're so stupid.

9    Q    (By Mr. Pennington) Mr. Cooley, I have just one more

10   question for you, and I hope this isn'ttoo difficult, but I

11   would like to refer you to one more document, if I might, all

12   right?

13   A    Sure, sure.

14   Q    And I am going to display it on themonitor, if you want

15   to --

16   A    I'm sorry --

17   Q    That's quite all right, sir.

18   A    -- I can't read that.  Could you — would you mind --

19   Q    We'll give you a copy.

20   A    Oh, yeah, I've seen this before

21   Q    Is this one of the documents that you were asked to

22   review when you came here last week?

23   A    No, sometime before, not last week

24   Q    Sometime before?

25   A    Yeah.

**Beeler Discovery 1-17-08**                                      000796

EXHIBIT 2
PAGE 16 of 28

Volume VI

22

1   Q    Sometime before you arrived?

2   A    Yeah, yeah.

3   Q    All right.  And you recognize this as a contract for sale

4   and purchase of business between Bidbaycom and yourself; is

5   that correct?

6   A    I don't know.

7   Q    All right.

8   A    Honestly, I read this, but I don't remember anything

9   about it, not anything.  So if you tell me that, then I

10  guess it's -- I don't know.

11  Q    All right.

12  A    I guess it is true, I don't know.

13  Q    Well, I just want to refer you to he last page of that

14  exhibit, the very last page, where you will see some

15  signatures.

16  A    Woe.

17  Q    Do you recognize your signature on that page?

18  A    No, no.  What happened there?

19  Q    Do you recognize --

20  A    Well, what happened there?

21  Q    I'm not sure I understand your question, sir.

22  A    Well, somebody went over and over and over it, didn't

23  they or did they?

24  Q    Not to my knowledge, sir.

25  A    Well, look at the writing, look at the writing.  Come

**Beeler Discovery 1-17-08**                                    000797

EXHIBIT 2
PAGE 17 of 28

Volume VI

23

1   here and look at the writing.

2   Q    Is it your testimony, sir, that that is or is not your

3   signature?

4   A    I don't write like that.  I don't go over the letters

5   like that.  Do you see that?  Do you see that?

6   Q    I see what I see, sir, and I'm just asking you --

7   A    Help me.  I'm sorry, I don't know.

8   Q    Mr. Cooley, I said I had one more question, and I

9   actually have two more questions.

10  A    Oh, okay, okay.

11  Q    I'm going to show you a document, which has been marked

12  as Plaintiff's Exhibit 42.  My associate is going to hand you

13  the document.  And sir, I would like you to turn the page to

14  the last page of that document.  Now turn one more page if you

15  would please.  Do you see a letter there with a signature?

16  A    No.  The second to last page is registration of resident

17  agent.  That's the second page, second to last page.

18  Q    Turn one more page, sir.

19  A    Oh, okay.

20  Q    And you see a letter there?

21  A    Yes.

22  Q    And a signature at the bottom of that letter?

23  A    Yes.

24  Q    Do you recognize that as your signature?

25  A    Yeah, it looks like my signature.

Volume VI

24

1          MR. PENNINGTON:  All right.  Thank you, sir.  I have

2   no further questions.

3          THE COURT:  Mr. Keyes.

4                    CROSS EXAMINATION

5   BY MR. KEYES:

6   Q    Wes, in 2004, did you have medical problems?

7   A    Yeah.

8   Q    Okay.  What were those medical problems?

9   A    I went to the hospital and had -- hey stuck some tubes

10  in my groin up into my heart, and I have an irregular heart,

11  and I'm only telling you what I've been told because I really

12  don't know everything, but they did something -- oh, shoot --

13  that caused me to have a stroke  three strokes.

14  Q    And can you remember when you had your last stroke in

15  2004?

16  A    No, I can't remember that.  I know it affects my ability

17  to walk.  I couldn't walk for a long long time and now I can,

18  and I can't see without these prism glasses because I see

19  multiples.  My speech and memory center were affected, too.  I

20  saw -- I go back all the time, and the things in my heads are

21  still there.  You can see them on the graph, the stars in my

22  skull.

23  Q    Okay.  Wes, at home you have an office; right?

24  A    Oh, yeah, yeah.

25  Q    Okay.  And you sit in that office right?

**Beeler Discovery 1-17-08**

000799

EXHIBIT 2
PAGE 19 of 28

Volume VI

25

1    A    Oh, yeah, yeah.

2    Q    And there are things up on the wall?

3    A    Yeah, yeah.

4    Q    And you have read those things on the wall; right?

5    A    Yeah, yeah.  Some of them, yeah.

6    Q    But the things on the wall, you don't understand what

7    they are; right?

8    A    I understand what they are because Rosemary has told me

9    what they are, but I didn't understand what they were until

10   she explained it to me.

11   Q    So in regard to anything that happened with AskGt, do you

12   have any memory?

13   A    No, no.  I don't even know what that means.  It's

14   terrible.  I just don't.

15   Q    If I mention the word "Bidbay.com," do you understand

16   what that is?

17   A    Well -- no, I don't know what that is before here, before

18   people -- everybody's -- the doctors and the pills and all

19   that stuff has tried to get me to remember, so they keep

20   pushing things to me and saying read this and remember.  I

21   don't remember.

22   Q    Can you remember your deposition last year that was taken

23   out in Palm Springs?

24   A    No.  When you handed that to me and I read it, that was

25   crazy.  Where was I?  I mean, if I said those things, I must

Volume VI

26

1   have really -- I don't know.  It doesn't-- it's not me, that

2   is for sure.

3   Q    If I say the name John Montgomery, do you know who he is?

4   A    From here, but -- and then but-- I hear people use other

5   names, and I think that man was Rusty.

6   Q    But you only know what other people have told you; right?

7   A    Right, yeah.  If he -- I don't even know what he -- I

8   don't know him.

9   Q    Okay.  And if I say the name George Tannous, do you know

10  who I am talking about?

11  A    Not really.  I mean, I know who he is now from sitting in

12  this room and I observed him  I watched him here for a few

13  hours, but I don't know this man at all  I don't recognize

14  him, and I don't -- and other than people saying read this, I

15  don't know who he is.

16  Q    And do you know a lady by the name of Yvonne van Hoek?

17  A    No, no, no, never heard of that.

18  Q    And have you ever heard of George Tannous and Affiliates?

19  A    Only here.

20  Q    And have you ever heard of BidbayEurope.com?

21  A    No, only here.

22  Q    Wes, how many medications are you on now?

23  A    Five.

24  Q    Okay.  Were you on more medications than that at one

25  time?

**Beeler Discovery 1-17-08**

000801

EXHIBIT 2
PAGE 21 of 28

Volume VI

27

1   A    Oh, yeah.  I was on three or four times that many.  When

2   Rosemary took me to Scripps -- Scripps, yeah, yeah, Scripps,

3   and they, you know, run you through whatall they -- oh, God,

4   they just do everything to you.  They tok me off a lot of

5   medications because they were, you know, not supposed to take

6   them together, and I was taking something called Plavix, and I

7   started bleeding out of my nose.  It was horrible.

8   Q    Okay.  Wes, since your stroke -- stokes I should say,

9   how is your memory now?

10  A    I'm learning things now a little bit, and I can remember

11  things for, you know -- my biggest probem that I find right

12  now is that I can't visualize

13  Q    And what do you mean by that?

14  A    Well, I can't remember what people look like.  I remember

15  their names, but I can't remember what hey look like.  I

16  can't remember my own son.  It is horrible.

17  Q    Is your son in the courtroom with you?

18  A    Well, yeah, he is right over there. He takes care of me.

19  He dresses me and makes sure I get here

20  Q    Okay.

21  A    But he -- Rosemary took me to the airport, and I didn't

22  know who he was.  He had to come up and introduce himself.  I

23  mean, you know, I just have to take people at their word.

24  Q    Okay.  So since your strokes, you an remember things

25  since your stroke, but not prior to your strokes; right?

**Beeler Discovery 1-17-08**

000802

EXHIBIT 2
PAGE 22 of 28

Volume VI

28

1   A    I don't remember things back very far.

2   Q    You mean presently you don't remember things back very

3   far?

4   A    Right, right, right.  She really tries to reinforce me,

5   but things that happen she tells me just a month or two ago, I

6   don't remember them.  People come and visit me and then they

7   go away and then she talks about them, and I don't know who

8   the heck they are.  I just don't do that  I don't remember

9   what they look like, and I don't remember

10  Q    In regard to this lawsuit, do you know why you are here

11  in St. Louis?

12  A    Not really.  Not really.  I don't know.  I really don't

13  know.  They used my name, but I don't understand what is going

14  on.  I'm confused.

15  Q    You've read some documents concerning this lawsuit;

16  right?

17  A    Yeah, yeah.

18  Q    But you don't understand those documents?

19  A    No, no.  I don't understand the names.  I just don't

20  know.

21          MR. KEYES:  Okay.  No further questions.

22          MR. SABAHAT:  Very brief, Your Honor.

23                       CROSS EXAMINATION

24  BY MR. SABAHAT:

25  Q    Wes, what is your wife's name?

Volume VI

29

```
 1   A     Rosemary.

 2   Q     Do you know the name Rose Laboratories?

 3   A     Yes.

 4   Q     How do you know that name?

 5   A     Because people have been asking me about it.

 6   Q     Okay.  But just because people have been asking you about

 7   it?

 8   A     Right.

 9   Q     You don't know anything else about it?

10   A     No.

11   Q     Okay.  I am going to show you--

12   A     Are you the one that said the other day that I was a bad

13   guy?

14   Q     No, I never said that.

15   A     I want to tell you I never pleaded guilty.

16   Q     I actually argued that.  That is okay.

17   A     I never pleaded guilty because I wasn't.

18   Q     No, I know.  It is okay.

19   A     And they expunged it because I wasn't guilty.

20   Q     Yes, yes, we know, we have discussed that.  We know that

21   there is no guilty.

22   A     Oh, I misunderstood that.  I thought you said that I was

23   guilty of something, and I was never guilty.

24   Q     No, no.  I asked Mr. Tannous before if the guilty plea --

25   if the conviction was expunged, and he said yes, it was.  It
```

Volume VI

30

1    was expunged.  It is okay.  It is all right.

2    A    Oh, okay.  Okay.  Because I was never guilty.

3    Q    It is all right.

4    A    All right.  Okay.

5    Q    You have already seen this exhibit before, but since you

6    don't have it up there, I'm just going to show it to you.

7    A    I have got a whole bunch of stuff up here.

8    Q    I will just show this to you.  Actually, it is right

9    here.  It is Exhibit 42.  Let me turn you to this page, and I

10   will go over there and put this on the monitor, and I will ask

11   you some questions about this.  Is that okay?

12   A    Yeah.  I have to see it because I can't read that thing.

13   Q    Sure.  That is why I brought it over here.  So why don't

14   you take a look at it, and I will go over there and put it on

15   the monitor.  You look at that one, and I will show it on the

16   monitor, and I will ask some questions about it, okay?

17   A    Oh, sure, sure.

18   Q    Wes, is that your signature at the bottom of that?  Does

19   that look like your signature?

20   A    Yeah, it looks like my signature

21   Q    Okay.  All right.

22   A    Nice and clean and not --

23   Q    Not messed up?

24   A    Not messed up.

25   Q    Okay.  All right.  So you recognize that as yours?

**Beeler Discovery 1-17-08**

000805

EXHIBIT 2
PAGE 25 of 28

Volume VI.

31

1    A    Well, like I said, yeah, I think it is mine.

2    Q    Okay.

3    A    It looks like my driver's license

4    Q    Okay.  That is fair.  That is fair.  Okay.  And can you

5    turn to the next page on that, Wes

6    A    Do what?

7    Q    Can you turn to the next page on that.

8    A    Sure.

9    Q    Just the page after.  It is all right.

10    A    Sure, yeah, yeah.

11    Q    You are doing good.  All right

12    A    Okay.

13    Q    And there is a signature on the botom of that.  Can you

14    take a look at that signature, Wes

15    A    Yeah.

16    Q    Does that look like your signature

17    A    Yeah, yeah, it looks like my signature.

18    Q    It is nice and clean, and it looks like the other

19    signatures that you have looked at; right?

20    A    Yeah, yeah.

21         MR. SABAHAT:  Nothing further, Your Honor.  Thank

22    you, Wes.  I appreciate it.

23         THE WITNESS:  Okay.

24         THE COURT:  Anything else, Mr. Pennington?

25

**Beeler Discovery 1-17-08**

000806

EXHIBIT 2
PAGE 26 of 28

Volume VI

32

1                    REDIRECT EXAMINATION

2   BY MR. PENNINGTON:

3   Q    Mr. Cooley, you told Mr. Keyes in response to one of his

4   questions that your wife took you to Scripps?

5   A    Yeah, yeah.

6   Q    Is that a medical center in Califonia?

7   A    Yeah, yeah.

8   Q    And when was that, sir, about six months ago?

9   A    I'm sorry, I don't know.

10  Q    Do you know whether it was less than six months ago or

11  more than six months ago?

12  A    I don't know.

13  Q    All right.  You also testified or remarked during

14  Mr. Sabahat's questions -- Mr. Sabahat was the lawyer who was

15  just standing up here.

16  A    Yeah.

17  Q    You remarked that you were never convicted, that

18  something was expunged.  Do you remember that?  Do you

19  remember saying that?

20  A    Yes, yes, yes.

21  Q    So what is it, sir, that was expunged?

22  A    My wife read me -- somebody else asked about this, and I

23  don't know when or who it was or anything, and so about --

24  another attorney did that.

25  Q    So you have a memory of some --

**Beeler Discovery 1-17-08**                           000807

EXHIBIT 2
PAGE 27 of 28

Volume VI

33

1   A    It was only just recently.

2   Q    Only just recently that what, something was expunged?

3   A    No, no.  Only recently somebody else asked that same

4   question, and at the time, I didn't know so Rosemary said --

5   you know, because I said was I a bad guy, you know, did I do

6   something wrong, and so she got out some papers somewhere and

7   sat down and read it to me, and she told me afterwards, she

8   said, you were not guilty of anything, and they -- it was

9   expunged, but I'm not quite sure what that means either.

10  Q    And is that your belief, sir, that you were not guilty of

11  anything?  Is that your belief, that you were not?

12  A    Well, I don't know.  I only know what she read me in the

13  paper, but I don't know if I was guilty or not, but the papers

14  said that I was not guilty.

15       MR. PENNINGTON:  Nothing further, Your Honor.

16       THE COURT:  Thank you, sir.  You may step down,

17  Mr. Cooley.  Your son will come up and help you.

18       Ladies and gentlemen, we are going to take a brief

19  recess.  During the course of the recess, do not discuss the

20  case amongst yourselves or with anyone else.  Do not allow

21  anyone to discuss it within your hearing or presence, and do

22  not form or express any opinions about the case until it is

23  given to you to decide.  Temporary recess.

24       **(COURT RECESSED FROM 10:20 A.M. UNTIL 10:50 A.M.)**

25       THE COURT:  You may be seated.  Proceed,